**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lorenzo CRUZ DE LA CRUZ, Defendant–Appellant.**

No. 09–40719.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 17, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Salvador Tellez, Laredo, TX, for Defendant–Appellant.

Lorenzo Cruz De La Cruz, Post, TX, pro se.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lorenzo Cruz de la Cruz has moved for

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cruz de la Cruz has not filed a response. We have reviewed counsel's brief and relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under